NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-106


SIMMS RACHAL AND SYLVIA RACHAL

VERSUS

NICKEY JOSEPH RACHAL AND GLENN RACHAL


\*\*\*\*\*\*\*\*\*\*
APPEAL FROM THE
TWELFTH JUDICIAL DISTRICT COURT
PARISH OF AVOYELLES, NO. 2002-4238-B
HONORABLE WILLIAM BENNETT, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*
ULYSSES GENE THIBODEAUX
CHIEF JUDGE
\*\*\*\*\*\*\*\*\*\*

Court composed of Ulysses Gene Thibodeaux, C.J., Glenn B. Gremillion, and John B. Scofield[*], Judges.


**AFFIRMED.**

Angelo Joseph Piazza, III
P. O. Box 429
Marksville, LA 71351
Telephone:  (318) 253-6423
COUNSEL FOR:
    Plaintiffs/Appellants - Simms Rachal and Sylvia Rachal

Renee Yvette Roy
P. O. Box 501
Mansura, LA 71350
Telephone:  (318) 253-6587
COUNSEL FOR:
    Defendants/Appellees - Nickey Joseph Rachal and Glenn Rachal

---

[*]Honorable John B. Scofield participated in this decision by appointment of the Louisiana Supreme Court as Judge Pro Tempore.